# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. CREAMER,<br><br>Plaintiff,<br><br>v.<br><br>PAEZ-CIRCUIT JUDGE FOR THE 9TH CIRCUIT CASE NO. #16-17220 UNITED STATES COURT OF APPEALS, et al.<br><br>Defendants. | Case No. 1:18-cv-00218-AWI-SKO<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

On February 12, 2018, Plaintiff Bruce W. Creamer filed a Complaint. (Doc. 1.) Plaintiff has neither paid the $400.00 filing fee for this action, nor submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis for a non-prisoner; and

1

2. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL either file an application seeking leave to proceed in forma pauperis, completed and signed, or pay the $400.00 filing fee for this action.  **If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated:  **February 14, 2018**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE